PCRC an Oregon Non-profit 501(c)3 Corporation
Michael Cassidy, President/CEO PCRC
Anthony Schlauch, General Manager PCRC
All Former Occupants of 127 Pacific Ave, Glendale, Oregon

47773 Hwy 58, Oakridge, Oregon, 97463
Ph: 541-244-8576
E-mail: tilebytile2@gmail.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| Pacific Community Resource Center an Oregon Non-profit 501(c)3 Corporation, Michael Cassidy President/CEO PCRC, Anthony Schlauch General Manager PCRC, All Former Occupants of 127 Pacific Ave, Glendale, Oregon,    Plaintiffs, vs. DOUGLAS COUNTY SHERIFFS DEPARTMENT, JAMES RYAN KIRCHOFF, DOUGLAS COUNTY CIRCUIT COURT CLERK, DOUGLAS COUNTY CIRCUIT COURT JUDGE KATHLEEN JOHNSON, DOUGLAS COUNTY CIRCUIT COURT JUDGE FRANCES BURGE, Individually and Collectively in their personal and professional capacities    Defendants | Case No.: 6:17-cv-00908-TC  COMPLAINT FOR VIOLATION OF CIVIL RIGHTS |

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

I.  The Parties to This Complaint

   A. The Plaintiffs

      1. Pacific Community Resource Center (PCRC) an Oregon Non-profit 501(c)3 Corporation
         47773 Hwy 58, Oakridge, Oregon, 97463
         Ph: 541-244-8576

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1 of 9

Thursday, June 08, 2017

E-mail: tilebytile2@gmail.com

2. Michael Cassidy
   President/CEO/Founder of PCRC and former occupant of 127, Pacific Ave.
   47773 Hwy 58, Oakridge, Oregon, 97463
   Ph: 541-244-8576
   E-mail: tilebytile2@gmail.com

3. Anthony Schlauch
   General Manager PCRC and former occupant of 127 Pacific Ave
   47773 Hwy 58, Oakridge, Oregon, 97463
   Ph: 541-244-8576
   E-mail: tilebytile2@gmail.com

4. All Former Occupants of 127 Pacific Ave. Glendale, Oregon

B. The Defendants

1. Douglas County Sheriffs Department
   1036 SE Douglas Ave #210
   Roseburg, Oregon, 97470

2. James Ryan Kirchoff, attorney for Gary Martin in new state actions, OSB #081879
   231 NW B Street
   P.O. Box 8
   Grants Pass, Josephine County
   Oregon, 97528
   (541) 479-4749
   ryan@kirchofflawoffices.com

3. Kathleen Johnson, Douglas County Circuit Court
   1036 SE Douglas Ave.
   Roseburg, Oregon, 97470

4. Frances Burge, Douglas County Circuit Court,
   1036 SE Douglas Ave
   Roseburg, Oregon, 97470

5. Douglas County Circuit Court Clerk
   1036 SE Douglas Ave.
   Roseburg, Oregon, 97470

II.    Basis for Jurisdiction

    A. Basis for jurisdiction is Federal question based on 42 U.S.C. 1983; for violations of Article 3 and Amendments 5,6,7 and 14 of the US Constitution; 18 U.S.C. 241, 242.

    B. The named defendants are all officers of the court and we believe are presumed to be acting under color of law.

III.    Short History and Statement of Claim

In 2003 Michael Cassidy founded Pacific Community Resource Center (PCRC) an Oregon Non-profit. Beginning in 2009 PCRC obtained 501(c)3 status. Among other community services PCRC provides a thrift store, jobs programs and respite housing for low-income protected class people. In October of 2009 PCRC by and through Michael Cassidy entered into a performance contract to purchase the subject property of this proceeding. As of this date PCRC owns approximately 50% of the property's market value. Since 2010 the City, Mr. Mountainspring, Mr. Kirchoff, Judge Garrison and now his replacements have engaged in a pattern of abuse that is of a Constitutional nature and is on the face of the record. The purpose of that abuse is to deny us our property rights completing the City's task, stated multiple times in open council, to "get those *kinds* of people out of *our* town".

The originating action for this complaint, the Civil Penalty, was: issued, prosecuted, the appeal heard and adjudicated by Larry Caldwell, the City of Glendale's compliance officer at the time. The Civil penalty was deficient in most aspects of procedural and factual basis. Any one of these deficiencies renders the action invalid according to Oregon Law. Of note, Mr. Caldwell stated in open council that "the Constitution does not apply in civil matters (in Glendale), and this matter is done there is no need for further discussion." Among other violations the Civil

Penalty was deficient in notice, did not name PCRC as required by ORS 455.157 for the originating alleged violation of "residential occupancy in the commercial zone without a certificate of occupancy", did not provide the proper administrative review procedures and allowed no opportunity for Judicial Review. Of important note the violation stated for the Civil Penalty is an untrue statement on the face of the record, as the property has a current Certificate of Occupancy since 1996 for residential occupancy in the commercial zone. This evidence was heard by the Douglas County Courts in direct testimony of Douglas County Building officials in Douglas County Court case (DCCc) #12-cv-1880cc before Judge Randolph Garrison (now retired). That action was adjudicated before the Civil Penalty was issued. Also of important note Michael Cassidy was prosecuted and fined in DCCc #12-cv-1880CC as the responsible party.

DCCc #15-cv-08731 is the Lien Foreclosure proceeding for the liens created by the Civil Penalty. Of note, Glendale Justice Court Judge Honorable Candice Hissong would not foreclose the Liens when they were presented to her in March of 2015. Additionally she addressed the City in open council as to why she would not foreclose and that the City would have to start over. Instead the City had their attorney Mr. Mountainspring file in the Douglas County Circuit Court; Judge Garrison accepted the clearly invalid filing which did not name PCRC, Michael Cassidy or All Occupants nor provide proof of notice of lien again in violation of the law. PCRC filed to intervene on behalf of the defense in DCCc# 15-cv-08731 and was denied for lack of ability to afford counsel due to ORS 9.320. Mr. Cassidy and Mr. Schlauch also filed to intervene on behalf of the defense and were denied by Judge Randolph Garrison. Our appeals of those orders were denied as untimely due to no order being issued or signed by Garrison for the November 14th, 2016 hearing of Mr. Schlauch's intervention. This appears to be a deliberate

attempt to further the pattern of abuse and deny our access to adjudication on the merits. Of note, Judge Garrison told Mr. Kirchoff in the October 31st, 2016 PTC that our evidence would be a good defense for his client Gary Martin however Mr. Kirchoff stood mute and refused to present the evidence. Additionally PCRC, Michael Cassidy and All Occupants are named as the violators in the Lien Release Agreement signed by Mr. Kirchoff for Gary Martin which furthermore did not satisfy the Settlement Agreement and Release signed in arbitration.

The lien proceedings resulted in a FED eviction action, DCCc#16-lt-05482, where PCRC was again denied appearance due to ORS 9.320. This proceeding was initiated by Mr. Kirchoff even though he was of knowledge that there is a purchase contract for the property and eviction may only be peaceable with no detainer by Oregon Law as PCRC and Mr. Cassidy were the buyers in possession. Additionally there is a mandatory arbitration clause for disputes over the purchase contract. We were able to retain Attorney Eric Sirotkin for DCCc#16lt05482; however we are unable to pay our bill nor able to retain further counsel due to poverty. Mr. Cassidy signed a Settlement Agreement and Release in arbitration proceedings resulting from DCCc#16-lt-08731 based upon fraudulent information from Mr. Kirchoff and under duress. Of note, Mr. Kirchoff was advised by Judge Garrison that All Occupants could not be evicted until after the buyer in possession, PCRC, was lawfully evicted. At that point he would have to evict each occupant individually according to their contracts with PCRC. This is why All Other Occupants were dismissed from DCCc#16-lt-05482.

That agreement is now the subject of DCCc#17-cv-04422 now appeal#A164276; it is important to note that Mr. Cassidy is a party to the Agreement in addition to PCRC and signed two *different* lines; one for Himself and one for PCRC acknowledging his interest in the property and defining him as a Real Party in Interest for DCCc#17cv04422. However Mr. Kirchoff

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5 of 9

Thursday, June 08, 2017

intentionally and unlawfully left Mr. Cassidy off of the initiating complaint tactically using ORS 9.320 to unlawfully deny us access to the Court again. Mr. Kirchoff went so far as to say that we, PCRC, were petitioning to confirm said Agreement in the case initiation filing when we had repudiated the Agreement in Court and in writing due to misrepresentations in addition to apparent fraud and extortion by Mr. Kirchoff. PCRC was denied appearance by Douglas County Circuit Court Judge Frances E. Burge for ORS 9.320 as PCRC is unable to retain counsel due to poverty. We are appealing that denial currently and have been denied based on ORS 9.320. Mr. Cassidy and Mr. Schlauch again filed to intervene and were denied, without a hearing, by Douglas County Circuit Court Judge Kathleen Johnson, we are appealing that decision concurrently. That appeal is currently awaiting us to produce the record, again a difficult to impossible task due to our poverty. A Judgment of Eviction has been entered by Judge Johnson with no hearing on the merits and is being appealed.

We see in this history how the Defendants are using ORS 9.320 tactically to deny us any access to the courts and a hearing on the merits. Additionally they ignore the procedural protections, ORCP Rules 29 and 33, which are in place to guarantee the equal protection laid out in the Constitution.

Most of the above history is part of case #6:17cv66MC in which Mr. Kirchoff is a Defendant. What Mr. Kirchoff and the other defendants of this claim did, with tactical use of ORS 9.320, is that on the morning of April 6th, 2017 8 Sheriffs came to enforce the Writ of Execution for Douglas County Circuit Court case #17cv04422 that had been unlawfully issued by Mr. Kirchoff and unlawfully stamped by the Douglas County Circuit Court Clerk. All parties had been served their 3 notices of appeal and those appeals are currently active and proceeding thru the Oregon Appellate and Supreme Courts. The Sheriffs gave us and all of our clients, 30

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6 of 9

low-income protected class people whom had just paid their rent, 15 minutes to gather our belongings after which we would be trespassing and removed by force. They did not serve the writ to anyone and only had one copy which they retained. The Writ is worded ambiguously and the Sheriffs' deputies were either instructed to evict all occupants by one of the other Defendants in Federal District case#'s 6:13-cv-1272-MC or 6:17-cv-66-MC or decided to do so on their own. We informed the Sheriffs multiple times that the order was only for PCRC and not any occupants but they refused to listen and told us we were wasting time the clock was ticking. Not only are all orders and judgments on appeal the only person that can be evicted from enforcement of the Settlement Agreement and Release is PCRC. We are now operating with limited access to the files that weren't destroyed by vandals. Our property has been taken unlawfully in a forceful manner. More importantly our clients were all rendered homeless unlawfully in a forceful manner by armed men. Again our clients are low-income protected class people including elderly, disabled, veterans, young mothers and 9 children on the day of the illegal eviction. All Defendants knew or should have known that what they were doing was unlawful and that they were required to evict each occupant individually according to their contracts with PCRC once PCRC was lawfully evicted and Cow Creek Properties took possession. All of us were evicted without any opportunity for a hearing even though Mr. Cassidy and Mr. Schlauch petitioned the Court for themselves, PCRC and All Occupants multiple times to be heard. We believe that the violations, which are of a Constitutional nature, are on the face of the record and entitle us to the relief sought.

IV.  Relief Sought

    A. That Mr. Kirchoff return all monies, obtained from his unlawful actions, to the respective defendants and plaintiffs harmed.

    B. That PCRC, Michael Cassidy, Anthony Schlauch, All Former Occupants, and All Affected Parties be appropriately compensated for the time, emotional stress, attorney's fees, court fees, court appearances, pain, suffering, slander, defamation of character, loss of ability to perform our mission statement, emergency housing and funds provisions for evicted occupants provided by affected individuals and the violent and unlawful eviction carried out by the Sheriff. Approximately $8 million to date to plaintiffs. The damages to the Glendale Community at large are over $5 million in lost grants and legal fees. The damage to the community from the eviction is impossible to calculate with literally hundreds of people negatively affected.

    C. That the Douglas County Sheriffs complete a training program on evictions to hopefully prevent this tragedy from happening again.

    D. That the Oregon State Bar and Courts conduct a training program for all Court officers including attorneys on proper use of ORS 9.320.

    E. That Oregon Courts provide a process for impoverished persons to obtain Pro Bono counsel.

V.    Request for Class Action

    Pursuant to FRCP 23, Plaintiffs request to proceed as a class. We believe that we meet the criteria set forth under this rule.

VI.   Certification and Closing

    Under FRCP 11, by signing below, we certify to the best of our knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose such as to harass, cause unnecessary delay, or needlessly

increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  We are Parties without an attorney and we agree to provide the Clerk's Office with any changes to our addresses where case-related papers may be served. We understand that our failure to keep a current address on file with the Clerk's Office may result in dismissal of our case. We are requesting pro bono council for PCRC and all occupants. Please see attached petition to proceed *in forma pauperis* and motion for appointment of pro bono council.

Dated this 8th of June, 2017

Signed: PCRC an Oregon Non-profit 501(c)3 Corporation
Michael Cassidy, President/CEO PCRC
Anthony Schlauch, General Manager PCRC
All Occupants of 127 Pacific Ave, Glendale, Oregon

_____
Michael Cassidy, President/CEO PCRC

_____
Anthony Schlauch, General Manager PCRC

For ourselves, PCRC and All Occupants of 127 Pacific Ave., Glendale, OR, 97442

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 9 of 9

Thursday, June 08, 2017