IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PACIFIC COMMUNITY RESOURCE
CENTER et al.,

       Plaintiffs,                        Civ. No. 6:17-cv-00908-MC

       v.                                    JUDGMENT

DOUGLAS COUNTY SHERIFFS
DEPARTMENT, et al.,

       Defendants.

_____

MCSHANE, Judge:

       Based on the record, this action is DISMISSED, with prejudice.

       IT IS SO ORDERED.

       DATED this 1st day of December, 2017.

                                      /s/Michael McShane_____
                                       Michael McShane
                                   United States District Judge

1 – JUDGMENT